UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BRYAN CLAYTON ROBERTS** | **CIVIL ACTION NO. 13-2834-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JERRY W. GOODWIN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary Injunction and Temporary Restraining Order [Record Document 16] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Motion for Order to Show Cause [Record Document 15] is **DENIED** as premature.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of March, 2015.

**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**